UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                        CASE NO.: 6:14-BK-11307-ABB

ALBERT BOTT                                   CHAPTER 13

    Debtor(s).
_____/

    __X__ **Chapter 13 Plan**             _____ **Amended Chapter 13 Plan**

    COMES NOW, the Debtor(s) and files this Chapter 13 Plan. The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:

PLAN PAYMENTS

**Payment Number by months**        **Amount of Monthly Plan payment**

*1 - 25  (November 8, 2014 – October 8, 2016)*    $ 1,100.00
*26    (November 8, 2016)*                        $64,321.88
*27-36  (December 8, 2016 – October 8, 2017)*  $ 1,100.00

    The Debtor(s) shall pay by **money order**, **cashier's check** or **wage deduction**, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| *Rayfield, Sepulveres & Wright (Attorney's Fee)* | $3,750.00 | $100.00 | 1 – 5 |
| *Rayfield, Sepulveres & Wright (Attorney's Fee – Monitoring)* | $2,750.00 | $ 50.00 | 6 - 36 |

**Priority Claims**

The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| *Internal Revenue Service* | *$7,738.99* | *$215.00* | *1 – 5* |
| | | *$165.00* | *6 – 24* |
| | | *$129.69* | *25* |
| | | *$840.00* | *26 – 29* |
| | | *$ 39.30* | *30* |

**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

*Not applicable*

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

*Not applicable*

**Secured Gap Payments**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

*Not applicable*

Property to Be Surrendered:

| Creditor Name: | | | Property Address: |
|---|---|---|---|

*Not applicable*

**Valuation of Security:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| *Ocwen Loan Servicing* | *$73,810.00* | *$675.00* | *1 – 60* |

*Motion to Value will be filed.*

**Executory Contracts:**

**The following Executory Contracts are assumed**

**Name of Creditor:**     **Description of Collateral:**     **Month Numbers:**

*Not applicable*

**The following Executory Contracts are rejected**:

**Name of Creditor:**                    **Description of Collateral:**

**Unsecured Creditors:** whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage: 4.66 %

Property of the Estate revests in the Debtor(s) upon confirmation of the plan, OR upon completion of all plan payments and the discharge of Debtor(s).

*/s/Albert Bott*
Debtor Signature

## CERTIFICATE OF SERVICE

I/We hereby certify that a true and correct copy of this Chapter 13 Plan of Debtor(s) was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this 8th day of October, 2014.

*/s/Christopher Wright*
Christopher Wright
Florida Bar No.: 85597
Attorney for Debtor
Rayfield, Sepulveres & Wright
33 East Robinson Street
Suite 215
Orlando, Florida 32801
Telephone: 407-540-9912
Fax: 877-806-3707
Service E-mail: info@wrightlawfl.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:14-bk-11307-ABB<br>Middle District of Florida<br>Orlando<br>Wed Oct  8 10:10:34 EDT 2014 | Albert W Bott<br>22 Fair Lane<br>Orlando, FL 32809-5009 | Advanced Collection Bureau<br>1535 Cogswell Street<br>Suite B8<br>Rockledge, FL 32955-2739 |
| Albertelli Law<br>PO Box 23028<br>Tampa, FL 33623-2028 | Aldridge Connors LLP<br>1615 South Congress Avenue<br>Suite 200<br>Delray Beach, FL 33445-6326 | Bk Of Amer<br>P.O. Box 7047<br>Dover, DE 19903 |
| Borack Law Group PA<br>130 Crown Oak Center Drive<br>Longwood, FL 32750-6166 | Business Revenue Systems<br>2419 Spy Run Avenue<br>Suite A<br>Fort Wayne, IN 46805-3262 | CNL Lock Box<br>c/o Windward Place HOA<br>PO Box 31289<br>Tampa, FL 33631-3289 |
| Central Florida Hospital<br>1401 West Seminole Boulevard<br>Sanford, FL 32771-6764 | Central Florida Pathology<br>Post Office Box 140987<br>Orlando, FL 32814-0987 | Chase<br>Po Box 24696<br>Columbus, OH 43224-0696 |
| Chase<br>Washington Mutual<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Clayton & McCulloh<br>1065 Maitland Ctr Commons Bl<br>Maitland, FL 32751-7437 | Computer Credit Inc<br>Claim Dept 007450<br>640 West Fourth Street<br>PO Box 5238<br>Winston Salem, NC 27113-5238 |
| Credit Collection Service<br>PO Box 9134<br>Needham Heights, MA 02494-9134 | Department of Revenue<br>State of Florida<br>5050 West Tennessee<br>Tallahassee, FL 32399-6586 | Erskine & Fleisher<br>1351 Sawgrass Corporate Pkwy<br>Suite 100<br>Fort Lauderdale, FL 33323-2831 |
| FAC/NAB<br>480 James Robertson Pkwy<br>Nashville, TN 37219-1212 | First Federal Credit<br>24700 Chagrin Blvd<br>Suite 2<br>Beachwood, OH 44122-5662 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Florida Emerency Physicians<br>500 Winderley Place<br>#115<br>Maitland, FL 32751-7406 | Florida Emergecny Physicians<br>Kang & Associates, MD, PA<br>Department 4131<br>PO Box 1070<br>Charlotte, NC 28201-1070 | Florida Hospital<br>Patient Financial Services<br>PO Box 538800<br>Orlando, FL 32853-8800 |
| Florida Hosptial<br>601 East Rollins Street<br>Orlando, FL 32803-1273 | (p)GOLD KEY CREDIT INC<br>PO BOX 15670<br>BROOKSVILLE FL 34604-0122 | HSBC Bank USA<br>PO Box 2013<br>Buffalo, NY 14240-2013 |
| Heart Vascular Certer<br>11616 Lake Underhill Road<br>#215<br>Orlando, FL 32825-4465 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Joseph L. Riley Anes<br>291 Southhall Lane<br>#201<br>Maitland, FL 32751-7290 |

Joseph L. Riley Ans
291 Southhall Lane
#201
Maitland, FL 32751-7290

Lapin Septic Tank Service In
3031 West 40th Street
Orlando, FL 32839-8624

MJ Altman Companies
112 East Fort King Street
Ocala, FL 34471-2123

Mateer & Harbert PA
225 East Robinson Street
Suite 600
PO Box 2854
Orlando, FL 32802-2854

Medical Center Radiology Gro
20 West Kaley Street
Orlando, FL 32806-2970

Medical Center Radiology Gro
PO Box 791472
Baltimore, MD 21279-1472

Meditcredit
PO Box 1629
Maryland Heights, MO 63043-0629

Ocwen Loan Servicing L
12650 Ingenuity Dr
Orlando, FL 32826-2703

Online Collection
PO Box 1489
Winterville, NC 28590-1489

Orange County Public Library
5049 Edgewater Drive
Orlando, FL 32810-5226

Orange County Tax Collector
PO Box 545100
Orlando FL 32854-5100

Orlando Health
Stop 9936
PO Box 620000
Orlando, FL 32891-9936

Orlando Regionsl Medical Cen
1414 Kuhl Avenue
Orlando, FL 32806-2008

Palisades Collection, LLC
210 Sylvan Avenue
Englewood Cliffs, NJ 07632-2524

Physicans of Central Florida
18550 US Highway 441
Mount Dora, FL 32757-6751

Progress Energy
PO Box 33199
Saint Petersburg, FL 33733-8199

Progressive Insurance
6300 Wilson Mills Road
Cleveland, OH 44143-2182

Real Time Resolutions
1750 Regal Row Ste N
Dallas, TX 75235-2289

T.L. Thompson & Associates
330 Oaks Trail
Suite 200
Garland, TX 75043-4083

T.L. Thompson & Associates
PO Box 496149
Garland, TX 75049-6149

The Outsourcing Group
3 City Place Drive
Saint Louis, MO 63141

Wells Fargo Home Mortgage
3476 Stateview Boulevard
Fort Mill, SC 29715-7203

Windward Place Homeowners
Association - World of Homes
2884 South Osceola Avenue
Orlando, FL 32806-5431

Winter Park Urology
1812 North Mills Avenue
Orlando, FL 32803-1870

Worldwide Asset Puchasing II
101 Convention Center Drive
Las Vegas, NV 89109-2001

Laurie K Weatherford +
Post Office Box 3450
Winter Park, FL 32790-3450

United States Trustee - ORL7/13 7+
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Christopher Robert Wright +
Rayfield, Sepulveres & Wright
33 E. Robinson Street
Suite 215
Orlando, FL 32801-1682

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Gold Key Credit Inc
625 US Highway 1
Suite 102
Key West
Key West, FL 33040


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Arthur B. Briskman          (d)Internal Revenue Service         (d)Joseph L. Riley Anes.
Orlando                        Post Office Box 7346                291 Southhall Lane
                               Philadelphia, PA 19101-7346         #201
                                                                   Maitland, FL 32751-7290


End of Label Matrix
Mailable recipients    58
Bypassed recipients     3
Total                  61