IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

ALBERT W. BOTT                                         CASE NO.: 6:14-BK-11307-ABB

CHAPTER 13

_____Debtors./

OBJECTION TO CLAIM NO. 4 AS FILED BY
REAL TIME RESOLUTIONS, INC.

> **NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**
>
> Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files a response within thirty (30) days from the date set forth on the proof of service attached to this paper plus an additional three days for service. If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at the George C. Young Courthouse, 400 West Washington Street, Suite 5100, Orlando, Florida 32801 and serve a copy on the movant's attorney, Christopher Wright, Rayfield, Sepulveres & Wright, 33 East Robinson Street, Suite 215, Orlando, Florida 32801 and any other appropriate persons within the time allowed.
>
> If you file and serve a response within the time permitted, the Court may schedule and notify you of a hearing, or the Court may consider the response and may grant or deny the relief requested without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

COMES NOW Debtor, Albert Bott, by and through undersigned counsel, files this Objection to the Claim No. 4 of Creditor Real Time Resolutions, Inc. and the Debtor states as follows:

1. The Creditor filed a claim in the amount of $40,820.47 consisting of an unsecured claim in the amount of $40,820.47 (Claim No. 4) on November 17, 2014.

2. The Proof of Claim states on the attachment to the claim that the service date was assigned to Real Time Resolutions, Inc.

3. Creditor did not provide any account details regarding dates of services or billing states for their claim.

WHEREFORE, Debtor, by and through his undersigned counsel. requests an order sustaining this objection and disallowing the Claim No. 4 of Real Time Resolutions, Inc. as a legally unenforceable debt and other and further relief as is just and proper.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of November, 2014, a true copy of the foregoing Objection To Claim was served by U.S. First Class Mail to:

Michael Shone
Managing Director
Real Time Resolutions, Inc.
1349 Empire Central Drive
Suite 150
Dallas, Texas  75247

Real Time Solutions, Inc.
PO Box 35888
Dallas, Texas  75235

and by electronic transmission upon

Laurie K. Weatherford
Chapter 13 Trustee
Post Office Box 3450
Winter Park, Florida  32790.

*/s/Christopher Wright*
Christopher Wright, Esq.
Managing Attorney
FL Bar No.:  85597
Rayfield, Sepulveres & Wright
33 E. Robinson Street
Suite 215
Orlando, Florida  32801
Telephone:  (407) 540-9912
Facsimile:   (877) 806-3707
info@wrightlawfl.com